IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTWONE LEWIS**                                                                             **PLAINTIFF**
**ADC #146994**

**v.**                       **Case No. 5:19-cv-00226-KGB-JTK**

**M. BARNETT,** *et al.*                                                       **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4). Plaintiff Antwone Lewis has not filed any objections, and the time to file objections has passed. For the reasons set forth in the Proposed Findings and Recommendations, Judge Kearney recommends that Mr. Lewis' complaint be dismissed without prejudice for failure to prosecute (*Id.*). After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects (Dkt. No. 4). Therefore, the Court dismisses Mr. Lewis's complaint without prejudice (Dkt. No. 1).

It is so ordered this the 18th day of February, 2020.

                                                                        Kristine G. Baker
                                                                        United States District Judge