IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTWONE LEWIS**     **PLAINTIFF**
**ADC #146994**

v.     Case No. 5:19-cv-00226-KGB-JTK

**M. BARNETT,** *et al.*     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Antwone Lewis' complaint is dismissed without prejudice.

So adjudged this the 18th day of February, 2020.

Kristine G. Baker
United States District Judge